Karl SCHROCK, Appellant,

v.

LAMM CONSTRUCTION, Respondent.

No. WD 48116.

Missouri Court of Appeals, Western District.

Dec. 7, 1993.

Henri J. Watson and James M. Dowd, Kansas City, for appellant.

Jeff F. Stigall, Kansas City, for respondent.

Before BERREY, P.J., and BRECKENRIDGE and SMART, JJ.

### ORDER

### PER CURIAM.

Appeal from a decision denying workers' compensation benefits.

Affirmed. Rule 84.16(b).